UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA SMITH,

    Plaintiff,                                                          Civil Action No. 10-CV-10700

vs.                                                                   HON. BERNARD A. FRIEDMAN

MS. CAMPBELL,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        Magistrate Judge Charles E. Binder has submitted a Report and Recommendation ("R&R") in which he recommends that the court dismiss the complaint in this matter for failure to state a claim upon which relief may be granted. Neither party has objected to the R&R and the time to do so has expired. The court has reviewed the complaint and the R&R. The magistrate judge correctly analyzed all of the issues and his recommendation is sound. Accordingly,

        IT IS ORDERED that Magistrate Judge Binder's Report and Recommendation is hereby accepted and adopted as the findings and conclusions of the court.

        IT IS FURTHER ORDERED that the complaint is dismissed for failure to state a claim.

                                                      S/Bernard A. Friedman_____
Dated: August 26, 2010                BERNARD A. FRIEDMAN
    Detroit, Michigan              SENIOR UNITED STATES DISTRICT JUDGE